UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Peter Joseph Tonkin | : | Case No. 24-14399 (AMC) |
| Debtor | : | |

### STATEMENT PURSUANT TO BANKRUPTCY CODE SECTION 1116(1)(B)

I, Peter Joseph Tonkin, do hereby state under penalty of perjury that I have not prepared a recent individual balance sheet, statement of operations and cash-flow statement and, accordingly, they are not appended to my voluntary petition.

Date:  December 10, 2024          */s/ Peter Joseph Tonkin*
                                  Peter Joseph Tonkin