# Exhibit A

Liquidation Analysis

# Liquidation Analysis

| Description | Total Amount | Real Property | Personal Property |
|---|---:|---:|---:|
| Total Property Value | 1,534,574.10 | 1,500,000.00 | 34,574.10 |
| Less: | | | |
| Schedule D. Secured Claims | 1,424,220.49 | 1,417,071.68 | 7,148.81 |
| Schedule C. Exemptions | 51,219.55 | 23,794.26 | 27,425.29 |
| **Interest in Nonexempt Property** | 59,134.06 | 59,134.06 | 0.00 |
| Less: | | | |
| Post-petition interest payable to oversecured claims (nine months from petition date to sale) | | | |
| Goldman Sachs - 9.5% | 66,499.94 | | |
| First Resource Bank - 8.5% | 6,359.61 | | |
| PFFCU - 5.25% | 503.53 | | |
| Real Estate Sale Costs | | | |
| 6% broker fee | 90,000.00 | | |
| Transfer taxes | 30,000.00 | | |
| Estimated Chapter 11 Admin Expenses | 35,000.00 | | |
| Estimated Chapter 7 Admin Expenses | | | |
| § 326 Trustee Compensation on $1,534,574 | 69,287.22 | | |
| Legal fees | 5,000.00 | | |
| Accounting fees | 5,000.00 | | |
| **Proceeds available for distribution** | 0.00 | | |
| Priority Claims | 36,663.48 | | |
| **Available to General Unsecured** | 0.00 | | |
| Total General Unsecured | 1,991,586.51 | | |
| Percent Distribution | 0.00% | | |