# Exhibit B

Cash Flow Projections

## Cash Flow 2025

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Business Draw Income | | | | | | | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $73,500.00 |
| VRBO Net Income | | | | | | | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $39,000.00 |
| | | | | | | | | | | | | | |
| Total - Income | | | | | | | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $112,500.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household Expenses | | | | | | | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $79,356.00 |
| Post-Confirmation Professional Fees | | | | | | | | | $500.00 | | | $500.00 | $1,000.00 |
| Alimony/Child Support | | | | | | | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | |
| | | | | | | | | | | | | | |
| Total Disbursements | | | | | | | $16,225.00 | $16,225.00 | $16,725.00 | $16,225.00 | $16,225.00 | $16,725.00 | $98,350.00 |
| | | | | | | | | | | | | | |
| **Monthly Disposable Income** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$14,150.00** |
| | | | | | | | | | | | | | |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available for Distribution | | | | | | | | | **$7,075.00** | | | **$7,075.00** | **$14,150.00** |
| | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | | | | | | | $3,000.00 | | | $3,000.00 | **$6,000.00** |
| Priority Tax Claims | | | | | | | | | | | | | |
| *Internal Revenue Service | | | | | | | | | $3,396.18 | | | $3,396.18 | **$6,792.36** |
| | | | | | | | | | | | | | **$0.00** |
| | | | | | | | | | | | | | **$0.00** |
| | | | | | | | | | | | | | **$0.00** |
| Unsecured Creditors | | | | | | | | | $678.82 | | | $678.82 | **$1,357.64** |
| | | | | | | | | | | | | | |
| **Total** | | | **$0.00** | | | **$0.00** | | | **$7,075.00** | | | **$7,075.00** | **$14,150.00** |

## Cash Flow 2026

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Business Draw Income | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $147,000.00 |
| VRBO Net Income | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $78,000.00 |
| | | | | | | | | | | | | | |
| Total - Income | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $225,000.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household Expenses | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $158,712.00 |
| Post-Confirmation Professional Fees | | | $500.00 | | | $500.00 | | | $500.00 | | | $500.00 | $2,000.00 |
| Alimony/Child Support | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | |
| | | | | | | | | | | | | | |
| Total Disbursements | $16,225.00 | $16,225.00 | $16,725.00 | $16,225.00 | $16,225.00 | $16,725.00 | $16,225.00 | $16,225.00 | $16,725.00 | $16,225.00 | $16,225.00 | $16,725.00 | $196,700.00 |
| | | | | | | | | | | | | | |
| **Monthly Disposable Income** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$28,300.00** |
| | | | | | | | | | | | | | |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available for Distribution | | | **$7,075.00** | | | **$7,075.00** | | | **$7,075.00** | | | **$7,075.00** | **$28,300.00** |
| | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | $3,000.00 | | | $3,000.00 | | | $3,000.00 | | | $3,000.00 | **$12,000.00** |
| Priority Tax Claims | | | | | | | | | | | | | |
| *Internal Revenue Service | | | $3,396.18 | | | $3,396.18 | | | $3,396.18 | | | $3,396.18 | **$13,584.72** |
| | | | | | | | | | | | | | **$0.00** |
| | | | | | | | | | | | | | **$0.00** |
| | | | | | | | | | | | | | **$0.00** |
| Unsecured Creditors | | | $678.82 | | | $678.82 | | | $678.82 | | | $678.82 | **$2,715.28** |
| | | | | | | | | | | | | | |
| **Total** | | | **$7,075.00** | | | **$7,075.00** | | | **$7,075.00** | | | **$7,075.00** | **$28,300.00** |

## Cash Flow 2027

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Business Draw Income | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $147,000.00 |
| VRBO Net Income | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $78,000.00 |
| Total - Income | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $225,000.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household Expenses | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $158,712.00 |
| Post-Confirmation Professional Fees | | $500.00 | | | | $500.00 | | | $500.00 | | | $500.00 | $2,000.00 |
| Alimony/Child Support | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | |
| Total Disbursements | $16,225.00 | $16,225.00 | $16,725.00 | $16,225.00 | $16,225.00 | $16,725.00 | $16,225.00 | $16,225.00 | $16,725.00 | $16,225.00 | $16,225.00 | $16,725.00 | $196,700.00 |
| **Monthly Disposable Income** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$28,300.00** |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available for Distribution | | | **$7,075.00** | | | **$7,075.00** | | | **$7,075.00** | | | **$7,075.00** | **$28,300.00** |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | $3,000.00 | | | $3,000.00 | | | $3,000.00 | | | $3,000.00 | **$12,000.00** |
| Priority Tax Claims | | | | | | | | | | | | | |
| *Internal Revenue Service | | | $3,396.18 | | | $3,396.18 | | | $3,396.18 | | | $3,396.18 | **$13,584.72** |
| | | | | | | | | | | | | | **$0.00** |
| | | | | | | | | | | | | | **$0.00** |
| | | | | | | | | | | | | | **$0.00** |
| Unsecured Creditors | | | $678.82 | | | $678.82 | | | $678.82 | | | $678.82 | **$2,715.28** |
| **Total** | | | **$7,075.00** | | | **$7,075.00** | | | **$7,075.00** | | | **$7,075.00** | **$28,300.00** |

## Cash Flow 2028

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Business Draw Income | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | $12,250.00 | | | | | | | $73,500.00 |
| VRBO Net Income | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | | | | | | | $39,000.00 |
| | | | | | | | | | | | | | |
| Total - Income | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | $18,750.00 | | | | | | | $112,500.00 |
| **Disbursements** | | | | | | | | | | | | | |
| Household Expenses | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | $13,226.00 | | | | | | | $79,356.00 |
| Post-Confirmation Professional Fees | | | $500.00 | | | $500.00 | | | | | | | $1,000.00 |
| Alimony/Child Support | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | $2,999.00 | | | | | | | |
| | | | | | | | | | | | | | |
| Total Disbursements | $16,225.00 | $16,225.00 | $16,725.00 | $16,225.00 | $16,225.00 | $16,725.00 | | | | | | | $98,350.00 |
| | | | | | | | | | | | | | |
| **Monthly Disposable Income** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$2,525.00** | **$2,525.00** | **$2,025.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$14,150.00** |
| | | | | | | | | | | | | | |
| **Plan Disbursements** | | | | | | | | | | | | | |
| Amount Available for Distribution | | | **$7,075.00** | | | **$7,075.00** | | | | | | | **$14,150.00** |
| | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | |
| Administrative Expenses | | | $3,000.00 | | | $3,000.00 | | | | | | | **$6,000.00** |
| Priority Tax Claims | | | | | | | | | | | | | |
| *Internal Revenue Service | | | $3,396.18 | | | $3,396.18 | | | | | | | **$6,792.36** |
| | | | | | | | | | | | | | **$0.00** |
| | | | | | | | | | | | | | **$0.00** |
| | | | | | | | | | | | | | **$0.00** |
| Unsecured Creditors | | | $678.82 | | | $678.82 | | | | | | | **$1,357.64** |
| | | | | | | | | | | | | | |
| **Total** | | | **$7,075.00** | | | **$7,075.00** | | | **$0.00** | | | **$0.00** | **$14,150.00** |