**Fill in this information to identify the case:**

Debtor Name  Peter Joseph Tonkin

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 24-14399

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month:  September 2025

Date report filed:  10/28/2025
MM / DD / YYYY

Line of business:  Individual - n/a

NAISC code:  _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Nicholas M. Engel, Esq.

Original signature of responsible party  /s/ Peter Joseph Tonkin

Printed name of responsible party  Peter Joseph Tonkin

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 14,428.03

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 25,000.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 6,746.28

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 18,253.72

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 32,681.75

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____ 0.00

　　*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    0

27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 27,270.64

30. How much have you paid this month in other professional fees?    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 25,000.00 | − | $ 25,000.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 5,000.00 | − | $ 6,746.28 | = | $ -1,746.28 |
| 34. **Net cash flow** | $ 20,000.00 | − | $ 18,253.72 | = | $ -1,746.28 |

35. Total projected cash receipts for the next month:    $ 20,000.00

36. Total projected cash disbursements for the next month:    - $ 6,000.00

37. Total projected net cash flow for the next month:    = $ 14,000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit A

3. The Debtor did not pay his monthly mortgage payment in this reporting period.

# Exhibit B – n/a

# Exhibit C

## Receipts: September 2025

Key Bank DIP x7833

| Date: | Amount: | Source: | Explanation: |
|-------|---------|---------|--------------|
| 9/23 | $25,000.00 | SHA | Owner's Draw |
| | | | |

# Exhibit D

## Disbursements: September 2025

Key Bank DIP x7833

| Date: | Amount: | Payee: | Purpose: |
|-------|---------|--------|----------|
| 8/28 | $73.55 | CVS | House Supplies |
| 8/29 | $57.55 | CVS | Medicine |
| 9/2 | $174.13 | WalMart | Groceries, House Supplies |
| 9/2 | $7.41 | Sirius XM | Monthly Subscription |
| 9/2 | $179.33 | Lidl | Groceries |
| 9/2 | $400 | ATM Withdrawal | Cash on Hand |
| 9/3 | $13.21 | Wawa | Meals |
| 9/3 | $1999.00 | Venmo – Rose Tonkin | Child Support |
| 9/8 | $262.98 | Target | Clothing & Supplies |
| 9/8 | $19.37 | Burger King | Meals |
| 9/8 | $300.00 | ATM Withdrawal | Lawn Care – Add'l Services |
| 9/10 | $255.56 | Target | Clothing & Supplies |
| 9/12 | $21.19 | Microsoft | Monthly Subscription |
| 9/12 | $200.00 | ATM Withdrawal | House Cleaning Service |
| 9/12 | $287.78 | Target | Groceries, Clothing & House Supplies |
| 9/15 | $10.00 | Microsoft | Subscription add-on |
| 9/15 | $300.00 | Key Bank | Travel Cash / Expenses |
| 9/15 | $40.77 | Wawa | Meals |
| 9/15 | $15.90 | ShowStopper Photo | School Pictures |
| 9/15 | $90.30 | USAA | Auto Insurance – Monthly Premium |
| 9/15 | $39.95 | Salory's Pizza | Meals |
| 9/16 | $186.00 | Lidl | Groceries |
| 9/17 | $37.00 | Parker's Barber | Kid's Haircut |
| 9/17 | $53.00 | Bucks Cty Brick | Toys / Gifts |
| 9/17 | $21.59 | McDonald's | Meals |
| 9/18 | $22.25 | PECO | Electric Utility |
| 9/18 | $104.41 | Bucks Cty Brick | Toys / Gifts |
| 9/18 | $300.00 | ATM Withdrawal | Dog Sitting |
| 9/19 | $577.69 | PFFCU | Car Loan Payment |
| 9/22 | $35.37 | Wawa | Meals |
| 9/22 | $56.55 | Amazon | Pet Supplies |
| 9/22 | $69.99 | ClassDojo App | Yearly Subscription – School App |
| 9/23 | $162.92 | Lidl | Groceries |
| 9/23 | $400 | ATM Withdrawal | House Cleaning Service |
| 9/29 | $0.75 | KeyBank | Service Charge |
| 9/29 | $25.00 | Mocerra | Toys / Gifts |
| 9/29 | $76.88 | Bucks Cty Brick | Toys / Gifts |

## Exhibit E – n/a

## Exhibit F – n/a

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0402 0000 R 58 AO
PETER JOSEPH TONKIN, DEBTOR
CASE #24-14399-AMC
3527 ARCADIA LN
COLLEGEVILLE PA 19426-1070

# Key Smart Checking®

Account number ending: 7833

August 26, 2025 to September 25, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on August 26, 2025 | $14,559.13 |
| Deposits (Money In) | |
| Deposits | $25,000.00 |
| Withdrawals (Money Out) | |
| Withdrawals | -$6,774.75 |
| **Ending Balance on September 25, 2025** | **$32,784.38** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.



**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS

**Sign On or Enroll in Online and Mobile Banking:**
key.com



Page 1 of 3



# Deposits

| Date | Description | Amount |
|------|-------------|--------|
| 09/23 | INTUIT      TRANSFER | $25,000.00 |
| **Total Deposits** | | **$25,000.00** |

# Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 08/28 | POS     MAC CVS/PHARM 0235     SKIPPACK  PA | $73.55 |
| 08/29 | POS     MAC CVS/PHARM 0235     SKIPPACK  PA | $57.55 |
| 09/02 | POS     MAC WAL-MART #3475     NORRISTOWN PA | $174.13 |
| 09/02 | SXM*SIRIUSXM.COM/ACCT     888-635-5144  NY | $7.41 |
| 09/02 | POS     MAC LIDL #1246 W.     NORRISTOWN PA | $179.33 |
| 09/02 | ATM     MAC 2544 W MAIN ST     NORRISTOWN PA | $400.00 |
| 09/03 | WAWA 8061          NORRISTOWN     PA | $13.21 |
| 09/03 | VENMO *ROZE TONKIN     8558124430   NY | $1,999.00 |
| 09/08 | POS     MAC TARGET T-1291     PHOENIXVIL PA | $262.98 |
| 09/08 | BURGER KING #248  Q07   NORRISTOWN   PA | $19.37 |
| 09/08 | ATM     MAC 2803 W RIDGE PIKE   NORRISTOWN PA | $300.00 |
| 09/10 | POS     MAC TARGET T-1291     PHOENIXVIL PA | $255.56 |
| 09/12 | MICROSOFT*14 DAY TRIAL   REDMOND     WA | $21.19 |
| 09/12 | ATM     MAC 2803 W RIDGE PIKE   NORRISTOWN PA | $200.00 |
| 09/12 | POS     MAC TARGET T-2131     ROYERSFORD PA | $287.78 |
| 09/15 | MICROSOFT*STORE          REDMOND     WA | $10.00 |
| 09/15 | ATM     KEY 3893 SKIPPACK PIKE  SKIPPACK  PA | $300.00 |
| 09/15 | WAWA 143          SKIPPACK     PA | $40.77 |
| 09/15 | WWW.SHOWSTOPPERPHOTOGR    POTTSTOWN     PA | $15.90 |
| 09/15 | USAA INSURANCE PAYMENT   SAN ANTONIO   TX | $90.30 |
| 09/15 | SALORY S PIZZA & ICE C   SCHWENKSVILLE  PA | $39.95 |
| 09/16 | POS     MAC LIDL #1246 W.     NORRISTOWN PA | $186.00 |
| 09/17 | PARKERS* PARKERS BARBE     LANSDALE     PA | $37.00 |
| 09/17 | SQ *BUCKS COUNTY BRICK     CHALFONT     PA | $53.00 |
| 09/17 | POS     MAC MCDONALD'S F69     LANSDALE   PA | $21.59 |
| 09/18 | PECO ENERGY COMPANY     2158414000     PA | $22.25 |
| 09/18 | SQ *BUCKS COUNTY BRICK     CHALFONT     PA | $104.41 |
| 09/18 | ATM     MAC 2803 W RIDGE PIKE     NORRISTOWN PA | $300.00 |
| 09/19 | POLICE AND FIRE ATLAS LOAN | $577.69 |
| 09/22 | WAWA 143          SKIPPACK     PA | $35.37 |
| 09/22 | POS     MAC AMAZON.COM*AF4     SEATTLE   WA | $56.55 |
| 09/22 | CLASSDOJO * TRIAL OVER   SAN FRANCISCO  CA | $69.99 |
| 09/23 | POS     MAC LIDL #1246 W.     NORRISTOWN PA | $162.92 |
| 09/23 | ATM     MAC 2544 W MAIN ST     NORRISTOWN PA | $400.00 |
| **Total Withdrawals** | | **-$6,774.75** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*


## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at *KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206* as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
Dial 711 for TTY/TRS

| Sep 29, 2025 | Foreign Transaction Fee<br>Serv Chg | -$0.75<br>$32,681.75 | ⌄ |
| Sep 29, 2025 | Mocerra.Com Queensland Ql<br>Debit Card | -$25.00<br>$32,682.50 | ⌄ |
| Sep 29, 2025 | Sq *Bucks County Brick Chalfont Pa<br>Debit Card | -$76.88<br>$32,707.50 | ⌄ |