**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Peter Joseph Tonkin | : | Case No. 24-14399 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

# **CERTIFICATE OF SERVICE**

I, Nicholas M. Engel, Esquire, certify that on this date, I caused a true and correct copy of the foregoing Debtor's Objection to First Resource Bank's Motion for Relief from Automatic Stay to be served upon all counsel of record, including counsel for movant, by operation of the Court's CM/ECF system.

Date: December 31, 2025                      */s/ Nicholas M. Engel*
                                                                 Nicholas M. Engel