**Fill in this information to identify the case:**

Debtor Name _Peter Joseph Tonkin_

United States Bankruptcy Court for the: _Eastern District of Pennsylvania_

Case number: _24-14399_

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _November 2025_

Line of business: _Individual - n/a_

Date report filed: _01/13/2026_
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Nicholas M. Engel, Esq._

Original signature of responsible party _/s/ Peter Joseph Tonkin_

Printed name of responsible party _Peter Joseph Tonkin_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☑ |

| Debtor Name | Peter Joseph Tonkin | Case number | 24-14399 |

17. Have you paid any bills you owed before you filed bankruptcy?      ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?      ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.      $ 51,239.59

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.      $ 26,802.49

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      – $ 5,524.49

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.      + $ 21,278.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.      = $ 72,517.59

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ 0.00

    *(Exhibit E)*

| Debtor Name | Peter Joseph Tonkin | Case number | 24-14399 |
|---|---|---|---|

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  0

27. What is the number of employees as of the date of this monthly report?  0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 27,270.64

30. How much have you paid this month in other professional fees?  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 20,000.00 | − | $ 26,802.49 | = | $ -6,802.49 |
| 33. **Cash disbursements** | $ 6,000.00 | − | $ 5,524.49 | = | $ 471.51 |
| 34. **Net cash flow** | $ 14,000.00 | − | $ 21,278.00 | = | $ -7,278.00 |

35. Total projected cash receipts for the next month:  $ 1,000.00

36. Total projected cash disbursements for the next month:  - $ 15,000.00

37. Total projected net cash flow for the next month:  = $ -14,000.00

Debtor Name  Peter Joseph Tonkin                                Case number  24-14399

| | 8. Additional Information |
|---|---|

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑ 39.  Bank reconciliation reports for each account.

❑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑ 41.  Budget, projection, or forecast reports.

❑ 42.  Project, job costing, or work-in-progress reports.

# Exhibit A

3.  The Debtor did not pay his monthly mortgage payment in this reporting period.

# Exhibit B – n/a

# Exhibit C

## Receipts: November 2025

Key Bank DIP x7833

| Date: | Amount: | Source: | Explanation: |
|-------|---------|---------|--------------|
| 11/18 | $20,000 | SHA | Business Income – Owner Draw |
| 11/25 | $6802.49 | VRBO | House Rental Income |

# Exhibit D

## Disbursements: November 2025

Key Bank DIP x7833

| Date: | Amount: | Payee: | Purpose: |
|-------|---------|--------|----------|
| 11/3 | $69.60 | Walgreens | Pet Supplies |
| 11/3 | $26.48 | Sirius XM Radio | Monthly Subscription |
| 11/3 | $1999.00 | Rose Fassett | Child Support |
| 11/5 | $67.16 | LiDl | Groceries |
| 11/5 | $254.70 | Schwenksville Vet | Pet Care |
| 11/5 | $72.00 | Target | House Supplies |
| 11/6 | $97.74 | Amazon | Clothing |
| 11/10 | $71.21 | Walgreens | Groceries |
| 11/10 | $44.65 | Sweet Roras | Meals / Entertainment |
| 11/10 | $465.33 | Amazon | House Supplies |
| 11/10 | $24.69 | Amazon | Gifts |
| 11/12 | $49.77 | Walgreens | Groceries |
| 11/12 | $91.63 | LiDl | Groceries |
| 11/12 | $31.79 | Microsoft | Monthly Subscription |
| 11/13 | $119.00 | Horizon Services | Faucet Repair Appt |
| 11/13 | $89.61 | Wal-Mart | House Supplies |
| 11/14 | $37.00 | Parker's Barber | Son's Haircut |
| 11/17 | $90.30 | USAA Insurance | Auto Insurance – Monthly Premium |
| 11/17 | $44.36 | Walgreens | Groceries |
| 11/19 | $577.69 | PFFCU | Auto Loan Monthly Payment |
| 11/20 | $400.00 | ATM | Cash on hand |
| 11/20 | $136.66 | Home Depot | House Repair Materials |
| 11/21 | $288.85 | Wal-Mart | Groceries, House Supplies |
| 11/26 | $237.09 | Time Machine Hobby | Gifts |
| 11/28 | $72.29 | Time Machine Hobby | Gifts |
| 11/28 | $65.89 | Time Machine Hobby | Gifts |
|  |  |  |  |

# Exhibit E – n/a

## Exhibit F – n/a

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0402 0000 R 58 AO
PETER JOSEPH TONKIN, DEBTOR
CASE #24-14399-AMC
3527 ARCADIA LN
COLLEGEVILLE PA 19426-1070

# Key Smart Checking®

Account number ending: 7833

October 27, 2025 to November 28, 2025

## Account Summary

| | |
|---|---|
| Beginning Balance on October 27, 2025 | $49,167.12 |
| Deposits (Money In) | |
| Deposits | $29,459.28 |
| Withdrawals (Money Out) | |
| Withdrawals | -$6,108.81 |
| **Ending Balance on November 28, 2025** | **$72,517.59** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

**Bank securely, 24/7, wherever life takes you.**

Scan the code below to enroll in Online Banking.

Monitor balances, make transfers, pay bills, opt out of paper statements, and more.



---



**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)

Dial 711 for TTY/TRS



**Sign On or Enroll in Online and Mobile Banking:**
key.com

# Deposits

| Date | Description | Amount |
|---|---|---|
| 10/28 | VRBO          PAYMENT   Ÿ"VRBO,4200526,COLLEG | $2,656.79 |
| 11/18 | INTUIT        TRANSFER | $20,000.00 |
| 11/25 | VRBO          PAYMENT   Ÿ"VRBO,4200526,COLLEG | $6,802.49 |
| **Total Deposits** | | **$29,459.28** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/28 | POS     MAC WALGREENS STOR      NORRISTOWN PA | $36.30 |
| 10/29 | LIDL #1246            NORRISTOWN     PA | $135.63 |
| 10/29 | SP CARROLLS IRISH GIFT     DUBLIN 22     D | $53.90 |
| 10/29 | FOREIGN TRANSACTION FEE | $1.62 |
| 10/29 | POS     MAC CVS/PHARMACY #     SKIPPACK   PA | $56.87 |
| 10/31 | MONEYGRAM US        DALLAS       TX | $300.00 |
| 11/03 | POS     MAC WALGREENS STOR      NORRISTOWN PA | $69.60 |
| 11/03 | SXM*SIRIUSXM.COM/ACCT     NEW YORK      NY | $26.48 |
| 11/03 | VENMO *ROZE TONKIN     8558124430     NY | $1,999.00 |
| 11/05 | LIDL #1246            NORRISTOWN     PA | $67.16 |
| 11/05 | POS     MAC SCHWENKSVILLE      SCHWENKSVI PA | $254.70 |
| 11/05 | POS     MAC TARGET T-2131      ROYERSFORD PA | $72.00 |
| 11/06 | POS     MAC AMAZON.COM*BT9     SEATTLE   WA | $97.74 |
| 11/10 | WALGREENS #7014         NORRISTOWN     PA | $71.21 |
| 11/10 | SQ *SWEET RORAS        SKIPPACK     PA | $44.65 |
| 11/10 | POS     MAC AMAZON.COM*BT9     SEATTLE   WA | $465.33 |
| 11/10 | POS     MAC AMAZON.COM*BT2     SEATTLE   WA | $24.69 |
| 11/12 | POS     MAC WALGREENS STOR      NORRISTOWN PA | $49.77 |
| 11/12 | POS     MAC LIDL #1246 W.       NORRISTOWN PA | $91.63 |
| 11/12 | POS     MAC MICROSOFT*14 D     MSBILL.INF WA | $31.79 |
| 11/13 | HORIZON SERVICES        WILMINGTON    DE | $119.00 |
| 11/13 | POS     MAC WAL-MART #2236      HARLEYSVIL PA | $89.61 |
| 11/14 | PARKERSBAR* PARKERS BA     SKIPPACK     PA | $37.00 |
| 11/17 | USAA INSURANCE PAYMENT     SAN ANTONIO   TX | $90.30 |
| 11/17 | POS     MAC WALGREENS STOR      NORRISTOWN PA | $44.36 |
| 11/19 | POLICE AND FIRE ATLAS LOAN | $577.69 |
| 11/20 | ATM     MAC 2803 W RIDGE PIKE     NORRISTOWN PA | $400.00 |
| 11/20 | POS     MAC THE HOME DEPOT      NORRISTOWN PA | $136.66 |
| 11/21 | POS     MAC WAL-MART #3475      NORRISTOWN PA | $288.85 |
| 11/26 | TIME MACHINE HOBBY       MANCHESTER    CT | $237.09 |
| 11/28 | TIME MACHINE HOBBY       MANCHESTER    CT | $72.29 |
| 11/28 | TIME MACHINE HOBBY       MANCHESTER    CT | $65.89 |
| **Total Withdrawals** | | **-$6,108.81** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

*Questions? Call the number on this statement, visit your local branch or contact your banker.*

Key Smart Checking   |   Account number 7833

### Changes to ATM per transaction deposit limits

Effective January 12, 2026, we are updating our *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* and *Disclosure Statement and Terms and Conditions for KeyBank's Health Savings Account Card* to include information regarding ATM per transaction deposit limits. Here's what you need to know:

- **ATM Deposit Limit.** We are lowering the maximum amount you can deposit per transaction at KeyBank ATMs.
- **What happens if you exceed the limit?** If you try to deposit more than the new limit, the ATM will return your check or cash and display a message explaining that the transaction can't be completed.
- **Alternative Deposit Option**. You can make your deposit inside any KeyBank branch.

### Change to Book-to-Book Wire Transfer fees

Effective January 12, 2026, we are updating our *Deposit Account Fees and Disclosures* to reflect a change to our Book-to-Book Wire Transfer fees. Here's what you need to know:

- A Book-to-Book Wire Transfer fee is assessed when there is a Domestic Outgoing Wire to a Key Account. This fee will be increasing from $4.50 to $10.00.

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**

The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at **KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
Dial 711 for TTY/TRS

©2025 KeyCorp.® All rights reserved. KeyBank Member FDIC 250210-3006329